1  Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile  (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorney for Plaintiff
6  Natividad Gutierrez

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | No. 1:15-cv-01156-BAM |
| Plaintiff, | **STIPULATION GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT;  ORDER** |
| vs. | |
| HONG HWAH KO, et al. | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Natividad Gutierrez ("Plaintiff"), and Defendants, Hong Hwah Ko, Huei Ling Ko, Dora Marmolejo Duarte dba Mariscos Costa Azul, and Eduardo Alonso dba Mariscos Costa Azul (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a Second Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Conference Order dated January 29, 2016 (Dkt. 25) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file his Second Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that

Defendants' response thereto shall be filed within fourteen (14) days after the Second Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  February 2, 2016                    MOORE LAW FIRM, P.C.


                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff,
                                            Natividad Gutierrez


Dated:  February 2, 2016                    WILD, CARTER & TIPTON


                                            */s/ John W. Phillips*
                                            John W. Phillips
                                            Attorneys for Defendants,
                                            Hong Hwah Ko, Huei Ling Ko, Dora Marmolejo
                                            Duarte dba Mariscos Costa Azul, and Eduardo
                                            Alonso dba Mariscos Costa Azul


## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his Second Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the Second Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated:  **February 11, 2016**                    */s/ Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE