Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, <br><br> Plaintiff, <br><br> vs. <br><br> HONG HWAH KO, et al. <br><br> Defendants. | No. 1:15-cv-01156-BAM <br><br> **STIPULATION TO VACATE SETTLEMENT CONFERENCE; [PROPOSED] ORDER** |

Counsel for Plaintiff, Natividad Gutierrez ("Plaintiff's Counsel"), and Defendants Hong Hwah Ko, Huei Ling Ko, Dora Marmolejo Duarte dba Mariscos Costa Azul, and Eduardo Alonso dba Mariscos Costa Azul ("Defendants," and together with Plaintiff's Counsel, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

1. A Settlement Conference in this matter is scheduled for May 26, 2016 before Magistrate Judge Stanley A. Boone. (Doc. 25 (Scheduling Order.)

2. On May 4, 2016, Plaintiff's Counsel noticed a motion to withdraw as Plaintiff's counsel, which motion is set to be heard on June 17, 2016, a date *after* the Settlement Conference. (Doc. 30.) Plaintiff's counsel has requested the withdrawal as Plaintiff's counsel on the grounds that Plaintiff has commenced a lawsuit against Plaintiff's counsel alleging various acts of misconduct in Plaintiff's counsel's prior representation of Plaintiff, thereby

1 repudiating Plaintiff's counsel's representation. Plaintiff's counsel has also requested the withdrawal on the grounds that Plaintiff's counsel in the unrelated action has advised Plaintiff's counsel that she may not communicate with Plaintiff for any reason (*Id.*)

3. The Parties agree that Plaintiff's Counsel now has a conflict of interest and an inability to represent Plaintiff, and therefore cannot represent Plaintiff at the Settlement Conference.

4. The Parties therefore stipulate that the Settlement Conference set for May 26, 2016 be vacated, and that Plaintiff and Defendants may request that the Court re-set a Settlement Conference as appropriate once Plaintiff's counsel's motion is heard and ruled upon.

**IT IS SO STIPULATED.**

Dated:  May 9, 2016                           MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Natividad Gutierrez

Dated: May 9, 2016                            WILD, CARTER & TIPTON

*/s/ John W. Phillips*
John W. Phillips
Attorneys for Defendants,
Hong Hwah Ko, Huei Ling Ko, Dora Marmolejo
Duarte dba Mariscos Costa Azul, and Eduardo
Alonso dba Mariscos Costa Azul

**ORDER**

Plaintiff's counsel and Defendants having so stipulated, and good cause appearing,

**IT IS HEREBY ORDERED** that the Settlement Conference set for May 26, 2016 at 10:00 AM before Judge Stanley A. Boone is **VACATED**. Plaintiff and Defendants may request, as appropriate, that a new settlement conference be set after an Order on Plaintiff's counsel's motion to withdraw as Plaintiff's counsel is filed.

**IT IS SO ORDERED**.

Dated: **May 10, 2016**         /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE