**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>             Plaintiff,<br><br>     v.<br><br>HONG HWAH KO, et al.,<br><br>             Defendants. | Case No.: 1:15-cv-01156-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING SHOW CAUSE HEARING**<br><br>(Doc. 40)<br><br>**Status Conference**: January 17, 2017, at 10:00 AM in Courtroom 8 (BAM) |

On November 29, 2016, the Court issued an order for Plaintiff Natividad Gutierrez, proceeding *pro se*, to show cause why sanctions should not be imposed for Plaintiff's failure to appear at the status conference or otherwise respond to this Court's order. The Court directed Plaintiff to file a written response no later than December 9, 2016, and appear in person at a hearing on December 20, 2016. (Doc. 40).

On December 9, 2016, the Court issued an order substituting H. Ty Kharazi as counsel of record in place of Pro Se Plaintiff Gutierrez. (Doc. 43). On the same date, Mr. Kharazi filed a declaration in response to the order to show cause. According to the declaration, Plaintiff is unable to read and write in English and is seriously ill. Mr. Kharazi is now prepared to assist Plaintiff in bringing this matter to a reasonable closure following discharge of Plaintiff's former attorney, Tanya Moore. Mr. Kharazi asks that the Court not dismiss this action and, instead, set it for a scheduling conference. (Doc. 44).

In light of the substitution of Mr. Kharazi as counsel of record and his corresponding declaration, the Court's Order to Show Cause issued on November 29, 2016, shall be discharged and

1

the related hearing vacated. No sanctions will be imposed at this time, however, Plaintiff and his counsel are cautioned that additional delays in this action may result in the imposition of sanctions.

Insofar as Plaintiff requests a scheduling conference, this request will be denied without prejudice. The Court held a scheduling conference in this action on January 28, 2016, and issued a Scheduling Conference Order on January 29, 2016. (Docs. 24, 25). The Court set a trial for May 23, 2017, along with other pretrial dates. The Court will set a status conference to address what, if any, modified dates the Court will consider.

Accordingly, it is HEREBY ORDERED as follows:

1. The Court's Order to Show Cause issued on November 29, 2016, is DISCHARGED;

2. The order to show cause hearing scheduled for December 20, 2016, at 9:00 AM is VACATED; and

3. A status conference is set for **January 17, 2017, at 10:00 AM** in Courtroom 8 (BAM) before the undersigned. The parties may appear at the conference by using the following dial-in number and passcode: **dial-in number 1-877-411-9748; passcode 3190866**.

IT IS SO ORDERED.

Dated:   **December 13, 2016**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE